1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LONG CUONG VAY,

                    Petitioner,

     v.

NATHALIE ASHER, et al.,

                 Respondents.

NO.  C16-433-JLR-JPD

REPORT AND
RECOMMENDATION

       This is an immigration habeas action brought under 28 U.S.C. § 2241.  On March 25, 2016, the Court temporarily stayed petitioner's removal and ordered respondents to file a return and status report.  Dkt. 4.  Through counsel, the parties have filed a stipulated motion to voluntarily dismiss this action.  Dkt. 16.  Based on the parties' stipulation, the Court recommends entering an Order (1) granting the parties' stipulated motion to voluntarily dismiss, Dkt. 16, (2) dismissing this matter without prejudice and without an award of costs or fees to either party, and (3) vacating the temporary stay of removal, Dkt. 4.   A proposed Order accompanies this Report and Recommendation.

\\

\\

REPORT AND RECOMMENDATION - 1

1        The Clerk should note the matter as immediately ready for the Honorable James L.

2   Robart's consideration.

3        DATED this 8th day of June, 2016.

4

5                                              _____
                                               JAMES P. DONOHUE
6                                              Chief United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION - 2