UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LONG CUONG VAY,

Petitioner,

v.

NATHALIE ASHER, et al.,

Respondents.

NO. C16-433-JLR

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation.

2. The Court GRANTS the parties' stipulated motion to voluntarily dismiss, Dkt. 16.

3. This matter is DISMISSED without prejudice and without an award of costs or fees to either party.

4. The temporary stay of removal, Dkt. 4, is VACATED.

5. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 12th day of June, 2016.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL- 1